No. 1310, Misc.   HAINES *v.* McDONOUGH.   C. A. 7th Cir.   Certiorari denied.

No. 1317, Misc.   CORRAL *v.* CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1321, Misc.   HAYES *v.* PINTO, PRISON FARM SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 1330, Misc.   ZIDE *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 1331, Misc.   BELL *v.* NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 1334, Misc.   VIVIAN *v.* BOOKBINDER, WARDEN. C. A. 3d Cir.   Certiorari denied.   *Sam Polur* for petitioner.

No. 1342, Misc.   KAMSLER *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 1351, Misc.   KAGAN *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1355, Misc.   FAIR *v.* BOARD OF ELECTIONS, CITY OF TAMPA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.   *Wm. Reece Smith, Jr.,* for respondent.

No. 1391, Misc.   MORGAN *v.* PEYTON, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 1415, Misc.   URTADO *v.* BETO, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.